# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**VONDA L. SIMMONS,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　Case No.  6:05-cv-924-Orl-31JGG

**D'FAITHFUL TRANSPORTATION, INC.,
WALTER DIXON & VONYA F. DIXON,**

        **Defendants.**
_____

# ORDER

This cause comes before the Court on Motion for Default Judgment Against All Defendants (Doc. No. 16) filed October 14, 2005.

On December 5, 2005, the United States Magistrate Judge issued a report (Doc. No. 22) recommending that the motion be granted. No objections have been filed.  Therefore, it is

**ORDERED** as follows:

1.　　That the Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.　　That the Motion for Default Judgment Against All Defendants is GRANTED.

3.  The Clerk is directed to enter judgment on behalf the Plaintiff Vonda Simmons and against the Defendants D'Faithful Transportation, Inc. Walter Dixon and Vonya F. Dixon, jointly and severally, in the total amount of $6,752.50.

4.)  Defendants are entitled to a set-off against this judgment for any amounts that have been paid to the Plaintiff regarding this claim.

    5).    Any pending motions are denied as moot and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 22nd day of December, 2005.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

_____
GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE